# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD; NINTENDO OF AMERICA, INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>    Defendants. | Case No. 6:12-cv-878<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEFENDANTS' COMPLIANCE WITH P.R. 3-3 AND 3-4

Defendants, Nintendo Co., Ltd., Nintendo of America Inc., Rent-A-Center, Inc., and Gamestop Corp. (collectively "Defendants"), hereby notify the Court that on August 13, 2013, they served their Invalidity Contentions and Disclosures on Plaintiff's counsel of record pursuant to Local Patent Rules 3-3 and 3-4 and in accordance with the Court's Docket Control Order.

Dated: August 14, 2013

Respectfully submitted,

*/s/ Brian D. Roche by Trey Yarbrough with permission*
Brian D. Roche (IL Bar No. 6183795)
(admitted pro hac vice)
Email: broche@reedsmith.com
Jennifer Yule DePriest (IL Bar No. 6272137)
(admitted pro hac vice)
Email: jdepriest@reedsmith.com
Vanessa Marti Heftman (IL Bar No. 6283464)
(admitted pro hac vice)
Email: vheftman@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Barry J. Coyne (PA Bar No. 77007)
(admitted pro hac vice)
Email: bcoyne@reedsmith.com
Kevin S. Katona (PA Bar No. 91651)
(admitted pro hac vice)
Email: kkatona@reedsmith.com
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

Attorneys for Defendants, Nintendo Co., Ltd.,
Nintendo of America Inc., Rent-A-Center, Inc.
and GameStop Corp.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 14th day of August, 2013. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Trey Yarbrough*
Trey Yarbrough