# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD; NINTENDO OF AMERICA, INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>    Defendants. | Case No. 6:12-cv-878<br><br>JURY TRIAL DEMANDED |

## NOTICE OF EMAIL CUSTODIAN DISCLOSURE

Defendants hereby notify the Court that pursuant to Paragraph 7 of the Order Regarding E-Discovery in Patent Cases (Dkt. 82), they served their email custodian disclosure upon counsel for plaintiff on August 23, 2013.

Dated: August 29, 2013

Respectfully submitted,

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
Yarbrough Wilcox Gunter, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Brian D. Roche (IL Bar No. 6183795)
(admitted pro hac vice)
Email: broche@reedsmith.com
Jennifer Yule DePriest (IL Bar No. 6272137)
(admitted pro hac vice)
Email: jdepriest@reedsmith.com

Vanessa Marti Heftman (IL Bar No. 6283464)
(admitted pro hac vice)
Email: vheftman@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Barry J. Coyne (PA Bar No. 77007)
(admitted pro hac vice)
Email: bcoyne@reedsmith.com
Kevin S. Katona (PA Bar No. 91651)
(admitted pro hac vice)
Email: kkatona@reedsmith.com
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222-2716
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

Attorneys for Defendants, Nintendo Co., Ltd.,
Nintendo of America Inc., Rent-A-Center, Inc.
and GameStop Corp.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 29th day of August, 2013.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Trey Yarbrough*
Trey Yarbrough