# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD; NINTENDO OF AMERICA INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>    Defendants. | Case No. 6:12-cv-878-LED-JDL<br><br>JURY TRIAL DEMANDED |

## JOINT ADVISORY TO THE COURT REGARDING TECHNICAL ADVISORS

Pursuant to the Amended Docket Control Order (Dkt. No. 110), Plaintiff and all Defendants inform the Court that all parties have agreed to the following individuals as proposed technical advisors:

> **Richard D. Egan**
>
> Address: 1101 S. Capital of Texas Highway, Building C, Suite 200, Austin, Texas 78746
>
> Phone Number: (512) 347-1611
>
> Mr. Egan's curriculum vitae is attached as Exhibit A.
>
> **Michael T. McLemore**
>
> Address: 10333 Richmond Ave. Suite 1100, Houston, Texas 77042
>
> Phone Number: (832) 489-8725
>
> Mr. McLemore's curriculum vitae is attached as Exhibit B.

Mr. Egan and Mr. McLemore have informed the parties that they are available on May 15, 2014 for the *Markman* hearing.

Dated: April 16, 2013                                        Respectfully submitted,

/s/ *Richard S. Meyer*  
Richard S. Meyer  
William A. Isaacson  
D. Michael Underhill  
**BOIES, SCHILLER & FLEXNER**  
5301 Wisconsin Avenue, NW  
Washington, DC 20015  
202.237.2727  
202.237.6131 (Fax)  
wisaacson@bsfllp.com  
munderhill@bsfllp.com  
rmeyer@bsfllp.com  

*ATTORNEYS FOR PLAINTIFF*  
*Motion Games, LLC*  

Gregory P. Love  
Texas Bar No. 24013060  
**STEVENS LOVE**  
P. O. Box 3427  
Longview, Texas 75606-3427  
903.753.6760  
903.753.6761(Fax)  
greg@stevenslove.com  

Micahel A. O'Shea  
Leonard C. Suchyta  
Rachael R. Yocum (*pro hac vice*)  
**HUNTON & WILLIAMS LLP**  
2200 Pennsylvania Avenue NW  
Washington, DC 21500  
202.955.1500  
202-778.2201 (Fax)  

Joshua M. Kalb  
HUNTON & WILLIAMS LLP  
Bank of America Plaza, Suite 4100  
600 Peachtree Street, N.E.  
Atlanta, GA 30308  
404.888.4000  
404.888.4190 (Fax)  

/s/ *Jennifer Yule DePriest*  
Jennifer Yule DePriest  
Brian D. Roche  
Vanessa Marti Heftman  
**REED SMITH LLP**  
10 South Wacker Drive, 40th Floor  
Chicago, IL 60606  
312.207.6444  
312.207.6400 (Fax)  
jdepriest@reedsmith.com  
broche@reedsmith.com  
vheftman@reedsmith.com  

*ATTORNEYS FOR DEFENDANTS*  
*Nintendo Co., Ltd., et al.*  

Barry J. Coyne  
Kevin S. Katona  
**REED SMITH LLP**  
225 Fifth Avenue, Suite 1200  
Pittsburgh, PA 15222  
bcoyne@reedsmith.com  
kkatona@reedsmith.com  

Trey Yarbrough  
Debby E. Gunter  
**YARBROUGH WILCOX GUNTER, PLLC**  
100 E. Ferguson St., Ste. 1015  
Tyler, TX 75702  
trey@yw-lawfirm.com  
debby@yw-lawfirm.com  

Jennifer Haltom Doan  
**HALTOM & DOAN**  
6500 Summerhill Road  
Crown Executive Center, Suite 100  
P. O. Box 6227  
Texarkana, TX 75505  
jdoan@haltomdoan.com

**CERTIFICATE OF SERVICE**

  The Undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served a true and correct copy of the foregoing by email/or fax, on this the 16th day of April 2014.

        /s/ *Gregory P. Love*
        Gregory P. Love