# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| MOTION GAMES, LLC, | § | |
| Plaintiff, | § | Cause No. 6:12-cv-878-LED-JDL |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| NINTENDO CO., LTD, et al., | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM OPINION AND ORDER OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Memorandum Opinion and Order of the Magistrate Judge (Doc. No. 137) has been presented for consideration. The Magistrate Judge recommends denying Defendants'[1] Motion to Transfer (Doc. No. 34). Defendants have filed Objections (Doc. No. 143). Motion Games, LLC ("Motion Games") has responded (Doc. No. 153), Defendants have filed a Reply (Doc. No. 159), and Motion Games has filed a Surreply (Doc. No. 167). Having carefully considered the parties' arguments, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the Memorandum Opinion and Order of the United States Magistrate Judge as the findings of this Court. Accordingly, it is hereby **ORDERED** that Defendants' (Doc. No. 143) objections are **OVERRULED**.

---

[1] The Defendants are Nintendo Co., Ltd. ("NCL"), Nintendo of America Inc. ("NOA"), Retro Studios, Inc. ("Retro"), and GameStop Corp. ("GameStop") (collectively "Defendants"). Rent-A-Center, Inc. ("RAC") is also a defendant in the above captioned action, but does not join the instant Motion.

**So ORDERED and SIGNED this 3rd day of June, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**