# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD.; NINTENDO OF AMERICA, INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>Defendants. | Case No. 6:12-cv-878-JDL<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE BRIEFING FOR MOTION GAMES, LLC'S EMERGENCY MOTION TO COMPEL DEFENDANTS TO ATTEND DEPOSITIONS

Before the Court is the Motion Games, LLC's unopposed motion to expedite briefing for Motion Games, LLC's Emergency Motion to Compel Defendants to Attend Depositions. Upon consideration, the Court is of the opinion that the motion should be granted.

It is therefore **ORDERED** that Defendants Nintendo Co., Ltd., Nintendo of America, Inc., Retro Studios, Inc., Rent-A-Center, Inc. and Gamestop Corp. file their response in opposition by September, 17, 2014. It is FURTHER ORDERED that the parties will not file a reply or sur-reply.

**So ORDERED and SIGNED this 11th day of September, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE