# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD.; NINTENDO OF AMERICA, INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>    Defendants. | Case No. 6:12-cv-878<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO EXPEDITE BRIEFING FOR MOTION GAMES, LLC'S MOTION TO COMPEL DEFENDANT NINTENDO CO., LTD. TO PRODUCE ITS WITNESSES IN THE UNITED STATES

Plaintiff Motion Games, LLC ("Motion Games") has filed a motion seeking an order from the Court compelling Nintendo Co., Ltd. ("Nintendo") to produce its witnesses in the United States. The parties have agreed that Nintendo's response brief is due September 26, 2014, Motion Games' reply is due September 30, 2014, and Nintendo's sur-reply is due October 3, 2014.

For the foregoing reasons, Motion Games requests that the Court grant this unopposed motion to expedite briefing in connection with Motion Games' motion to compel Nintendo to produce its witnesses in the United States.

1

Dated: September 19, 2014                    Respectfully submitted,


                                                                  /s/ *Gregory P. Love*
Gregory P. Love
Texas Bar No. 24013060
**STEVENS LOVE, PLLC**
P. O. Box 3427
Longview, Texas 75606-3427
Telephone: (903) 753-6760
Facsimile: (903) 753-6761
greg@stevenslove.com

Michael A. O'Shea (*pro hac vice*)
Leonard C. Suchyta
**HUNTON & WILLIAMS LLP**
2200 Pennsylvania Avenue NW
Washington, DC 21500
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Joshua M. Kalb
**HUNTON & WILLIAMS LLP**
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone: (202) -237-2727
Facsimile: (202) 237-6131
E-mail: wisaacson@bsfllp.com
E-mail: munderhill@bsfllp.com
E-mail: rmeyer@bsfllp.com

*ATTORNEYS FOR PLAINTIFF*
    Motion Games, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 19th day of September 2014. Any other counsel of record will be served via first class mail.

/s/ *Gregory P. Love*
Gregory P. Love

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff and Defendants have conferred in compliance with Local Rule CV-7(h) and can certify that Defendants do no oppose this motion.

/s/ *Gregory P. Love*
Gregory P. Love