# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD.; NINTENDO OF AMERICA, INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>    Defendants. | Case No. 6:12-cv-878<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE BRIEFING FOR MOTION GAMES, LLC'S EMERGENCY MOTION TO COMPEL DEFENDANT NINTENDO CO., LTD. TO PRODUCE ITS WITNESSES IN THE UNITED STATES

Before the Court is Motion Games, LLC's unopposed motion to expedite briefing for Motion Games, LLC's Emergency Motion to Compel Defendant Nintendo Co., Ltd. to Produce Its Witnesses in the United States. Upon consideration, the court is of the opinion that the motion should be granted.

It is therefore **ORDERED** that Defendant Nintendo Co., Ltd. file its response in opposition by September 26, 2014, Motion Games, LLC file its reply by September 30 and Nintendo Co., Ltd. file its sur-reply by October 3, 2014.

**So ORDERED and SIGNED this 22nd day of September, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE