# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| MOTION GAMES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:12-cv-00878 |
| | § | |
| NINTENDO CO., LTD., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR EXPEDITED BRIEFING

Before the Court is Defendants' request for expedited briefing in connection with Defendants' Emergency Motion to Stay Proceedings and To Request Expedited Briefing. The parties have agreed that Plaintiff will file its Response to the motion by October 21, 2014.

It is, therefore, Ordered that Plaintiff's Response to Defendants' Emergency Motion to Stay Proceedings and To Request Expedited Briefing be filed no later than October 21, 2014.

**So ORDERED and SIGNED this 8th day of October, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE