IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MOTION GAMES, LLC<br>Plaintiff, | §<br>§<br>§ | Cause No. 6:12-cv-878-JDL |
| vs. | §<br>§ | JURY TRIAL DEMANDED |
| NINTENDO CO., LTD.; *et al.*<br>Defendants. | §<br>§ | |

## ORDER

Before the Court is Defendant, Nintendo Co., Ltd.'s opposed Administrative Motion for Entry of Order and Commission for the Taking of Depositions at the American Consulate General Osaka-Kobe, Japan ("Motion") and its request for expedited briefing (the "Request") in connection with its Motion (Doc. No. 229). After considering the Request and other matters of record, the Court **GRANTS in part** and **DENIES in part** the Request. It is therefore **ORDERED** that:

The deadline for filing any response to Defendants' Motion is **Thursday, October 30**, and NCL is required to reply no later than **noon central time on Monday, November 3, 2014.**

So ORDERED and SIGNED this 28th day of October, 2014.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE