# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD; NINTENDO OF AMERICA INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>    Defendants. | Case No. 6:12-cv-878-JDL<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR ENTRY OF AMENDED ORDER AND COMMISSION FOR THE TAKING OF DEPOSITIONS AT THE AMERICAN CONSULATE GENERAL OSAKA-KOBE, JAPAN

On November 5, 2014, the parties filed a joint motion and proposed order for a commission. [Dkt No. 238.] On November 6, 2014, the Court granted the motion and signed the order. [Dkt No. 240.] Subsequently Motion Games learned that the prior order did not include the full name of one of the lead interpreters Mr. Taylor. In order to make sure the interpreter is not denied access into Japan, the name on his passport needs to match the name on the commission order. Accordingly, we respectfully request that the Court issue the enclosed order, which is identical in all respects to the prior order, except for provision of the Mr. Taylor's full name, Samuel Jared Taylor. In order to increase the likelihood that the parties have the necessary visas in time, it is respectfully requested that the Court enter the proposed Order filed herewith as soon as possible.[1]

---

[1] *See* Japan's U.S. embassy's web site at http://japan.usembassy.gov/e/acs/tacs-7116.html.

Dated: November 13, 2014                Respectfully submitted

/s/ *Gregory P. Love*
Gregory P. Love
Texas Bar No. 24013060
STEVENS LOVE
P. O. Box 3427
Longview, Texas 75606-3427
903.753.6760
903.753.6761 (Fax)
greg@stevenslove.com
darrell@stevenslove.com

Michael A. O'Shea
Leonard C. Suchyta
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue NW
Washington, DC 21500
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Joshua M. Kalb
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone:  202.237.2727
Fax:  202.237.6131
E-mail:  wisaacson@bsfllp.com
E-mail:  munderhill@bsfllp.com
E-mail:  rmeyer@bsfllp.com

Counsel for Plaintiff Motion Games, LLC

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Brian D. Roche (IL Bar No. 6183795)
(admitted pro hac vice) Email:
broche@reedsmith.com
Jennifer Yule DePriest (IL Bar No 6272137)
(admitted pro hac vice)
Email: jdepriest@reedsmith.com
Vanessa Marti Heftman (IL Bar No. 6283464)
(admitted pro hac vice)
Email: vheftman@reedsmith.com
Keyonn L. Pope (IL Bar No. 6301921)
(admitted pro hac vice)
Email: kpope@reedsmith.com
Reed Smith LLP
10 South Wacker Drive Chicago, IL 60606-7507 Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Barry J. Coyne (PA Bar No. 77007)
(admitted pro hac vice) Email:
bcoyne@reedsmith.com
Reed Smith LLP
Reed Smith Centre 225 Fifth Avenue Pittsburgh, PA 15222-2716 Telephone: +1 412 288 3131 Facsimile: +1 412 288 3063

Counsel for Defendant Nintendo Co., Ltd.

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of November, 2014. Any other counsel of record will be served via first class mail.

                                                                                            */s/ Gregory P. Love*
                                                                                            Gregory P. Love

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff has conferred with Defendants' counsel, who does not oppose granting of this motion and issuance of the attached order.

                                                                                            /s/ *Gregory P. Love*
                                                                                            Gregory P. Love