# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>   Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD.; NINTENDO OF AMERICA INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>   Defendants. | Case No. 6:12-cv-878-JDL<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION
## TO AMEND THE [FOURTH] AMENDED DOCKET CONTROL ORDER

Before the Court is Plaintiff, Motion Games, LLC ("Motion Games"), Defendants, Nintendo Co., Ltd; Nintendo of America, Inc.; Retro Studios, Inc.; Rent-A-Center, Inc.; and Gamestop Corp. ("Defendants") Joint Motion to Amend the [Fourth] Amended Docket Control Order, Dkt. #241. The Court, after consideration, is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the following schedule be adopted for the following deadlines:

| **Current Deadline** | |
|---|---|
| October 13, 2015 | 9:00 a.m. JURY TRIAL at the United States District Court, 211 W. Ferguson, 2nd Floor, Courtroom of Judge John D. Love, Tyler, Texas |
| October 5, 2015 | 9:00 a.m. JURY SELECTION at the United States District Court, 211 W. Ferguson, 2nd Floor, Courtroom of Judge John D. Love, Tyler, Texas |
| September 17, 2015 | 9:00 a.m. PRETRIAL CONFERENCE at the United States District Court, |

| **Current Deadline** | |
|---|---|
| | 211 W. Ferguson, 2nd Floor, Courtroom of Judge John D. Love, Tyler, Texas |
| September 15, 2015 | Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross-examination, and (4) closing arguments. |
| September 10, 2015 | Response to Motions in Limine Due. |
| September 3, 2015 | Motions in Limine due. |
| September 3, 2015 | Pretrial Objections due |
| August 21, 2015 | Objections to Rebuttal Deposition Testimony Due |
| August 14, 2015 | Rebuttal Designations and Objections to Deposition Testimony due. |
| August 4, 2015 | Pretrial Disclosures due |
| July 15, 2015 | Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority and Form of the Verdict for jury trials due. |
| May 15, 2015 | Second mediation to be completed. |
| May 21, 2015 | Parties to Identify Rebuttal Trial witnesses. |
| May 7, 2015 | Parties to Identify Trial Witnesses; Amend Pleadings. |
| May 13, 2015 | Response to Dispositive Motions (including Daubert motions) due. |
| April 15, 2015 | Dispositive Motions due from all parties and any other motions that may require a hearing (including Daubert motions) due. |
| March 15, 2015 | Discovery Deadline. |
| March 15, 2015 | Deadline to File Letter Briefs for Summary Judgment Motions and Daubert Motions. |
| February 19, 2015 | Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. |
| January 9, 2015 | Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. |
| December 1, 2014 | Furnishing documents and privilege logs pertaining to willful infringement. |
| January 20, 2015 | The parties shall file any motions to limit asserted claims or prior art. |

| Current Deadline | |
|---|---|
| | |
| January 9, 2015 | Deadline to Limit Number of Asserted Prior Art References. |
| December 19, 2014 | Deadline to Limit Number of Asserted Claims. |

It is so Ordered.

**So ORDERED and SIGNED this 1st day of December, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE