UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD; NINTENDO OF AMERICA, INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>　　　Defendants. | Case No. 6:12-cv-878-JDL<br><br>JURY TRIAL DEMANDED |

## ORDER ON JOINT STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff Motion Games, LLC and Defendants Nintendo Co., Ltd., Nintendo of America, Inc., Retro Studios, Inc., Rent-A-Center, Inc., and GameStop Corp.'s Joint Stipulation of Partial Dismissal, it is hereby ORDERED that Count II and Count III, and all claims by Motion Games under United States Patent No. 7,843,429 ("the '429 Patent"), entitled "Interactive Video Based Games Using Objects Sensed by TV Cameras" and United States Patent No. 7,756,297 ("the '297 Patent"), entitled "Camera Based Sensing in Handheld, Mobile, Gaming, or Other Devices" are dismissed with prejudice; and the declaratory judgment claims by all Defendants of non-infringement, invalidity and unenforceability with respect to the '297 and '429 patents are dismissed with prejudice.

Each party shall bear its own costs and fees.

**So ORDERED and SIGNED this 15th day of January, 2015.**

　　　　　　　　　　　　　　　　　　_/s/ John D. Love_
　　　　　　　　　　　　　　　　　　JOHN D. LOVE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE