UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD.; NINTENDO OF AMERICA INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>　　　　Defendants. | Case No. 6:12-cv-878-JDL<br><br>JURY TRIAL DEMANDED |

ORDER GRANTING UNOPPOSED MOTION
TO AMEND THE [SIXTH] AMENDED DOCKET CONTROL ORDER

Before the Court is Plaintiff, Motion Games, LLC's ("Motion Games") Unopposed Motion to Amend the [SIXTH] Amended Docket Control Order, Dkt. #254. The Court, after consideration, is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the following schedule be adopted for the following deadlines (the updated dates are in brackets):

| **Current Deadline** | |
|---|---|
| October 13, 2015 | 9:00 a.m. JURY TRIAL at the United States District Court, 211 W. Ferguson, 2nd Floor, Courtroom of Judge John D. Love, Tyler, Texas |
| October 5, 2015 | 9:00 a.m. JURY SELECTION at the United States District Court, 211 W. Ferguson, 2nd Floor, Courtroom of Judge John D. Love, Tyler, Texas |
| September 17, 2015 | 9:00 a.m. PRETRIAL CONFERENCE at the United States District Court, 211 W. Ferguson, 2nd Floor, Courtroom of Judge John D. Love, Tyler, Texas |

| **Current Deadline** | |
|---|---|
| | |
| September 15, 2015 | Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross-examination, and (4) closing arguments. |
| September 10, 2015 | Response to Motions in Limine Due. |
| September 3, 2015 | Motions in Limine due. |
| September 3, 2015 | Pretrial Objections due |
| August 21, 2015 | Objections to Rebuttal Deposition Testimony Due |
| August 14, 2015 | Rebuttal Designations and Objections to Deposition Testimony due. |
| August 4, 2015 | Pretrial Disclosures due |
| July 15, 2015 | Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority and Form of the Verdict for jury trials due. |
| May 15, 2015 | Second mediation to be completed. |
| May 21, 2015 | Parties to Identify Rebuttal Trial witnesses. |
| May 7, 2015 | Parties to Identify Trial Witnesses; Amend Pleadings. |
| June 12, 2015 | Response to Dispositive Motions (including Daubert motions) due. |
| May 15, 2015 | Dispositive Motions due from all parties and any other motions that may require a hearing (including Daubert motions) due. |
| April 17, 2015 | Discovery Deadline. |
| April 17, 2015 | Deadline to File Letter Briefs for Summary Judgment Motions and Daubert Motions. |
| March 27, 2015 | Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. |
| February 13, 2015 | Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. |

| **Current Deadline** | |
|---|---|
| | |
| January 20, 2015 | The parties shall file any motions to limit asserted claims or prior art. |
| January 9, 2015 | Deadline to Limit Number of Asserted Prior Art References. |
| December 19, 2014 | Deadline to Limit Number of Asserted Claims. |

It is so Ordered.

    **So ORDERED and SIGNED this 30th day of January, 2015.**

                                            JOHN D. LOVE
                               UNITED STATES MAGISTRATE JUDGE