# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br><br>   Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD; NINTENDO OF AMERICA INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br><br>   Defendants. | Case No. 6:12-cv-878-RWS-JDL<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE WITH
## COURT'S AMENDED DOCKET CONTROL ORDER

In compliance with the Amended Docket Control Order (Dkt. No. 268), Defendants Nintendo Co., Ltd., Nintendo of America Inc., and Retro Studios, Inc., file this Notice of Defendants' letter to the Court requesting permission to file a motion for summary judgment of invalidity based on indefiniteness. A copy of the letter is attached as Exhibit 1.

Dated: March 17, 2015

Respectfully submitted,

/s/ *Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Brian D. Roche (IL Bar No. 6183795)
(admitted pro hac vice)
Email: broche@reedsmith.com
Jennifer Yule DePriest (IL Bar No 6272137)

(admitted pro hac vice)
Email: jdepriest@reedsmith.com

Vanessa Marti Heftman (IL Bar No. 6283464)
(admitted pro hac vice)
Email: vheftman@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Barry J. Coyne (PA Bar No. 77007)
(admitted pro hac vice)
Email: bcoyne@reedsmith.com
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

Counsel for Defendants
Nintendo Co., Ltd., Nintendo of America Inc.,
and Retro Studios, Inc.

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 17th day of March, 2015. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ *Trey Yarbrough*
Trey Yarbrough