IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| MOTION GAMES, LLC | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:12-CV-878 |
| | § | |
| NINTENDO CO, LTD | § | |
| NINTENDO OF AMERICA, | § | |
| INC., RETRO STUDIOS, INC., | § | |
| RENT-A-CENTER, INC., | § | |
| AND GAMESTOP CORP. | | |

## MEDIATOR'S REPORT TO THE COURT

A mediation conference was held on Tuesday, May 5, 2015 in Dallas, Texas. The case did not settle. The parties will continue to negotiate awaiting the decision of the panel on the IPR.

Signed this 5th day of May, 2015.

                                                      /s/ Richard Grainger
                                                      Richard Grainger, Mediator
                                                      State Bar No. 08286000
                                                      **LAW OFFICES OF RICHARD GRAINGER**
                                                      P. O. Box 491
                                                      Tyler, Texas 75710
                                                      903.595.3514
                                                      903.595.5360 fax
                                                      e-mail: graingerpc@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 5th day of May , 2015. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                        /s/ Richard Grainger
                                                      Richard Grainger