UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC<br>　　　　Plaintiff,<br>v.<br>NINTENDO CO., LTD; NINTENDO OF AMERICA INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br>　　　　Defendants. | Case No. 6:12-cv-878-LED-JDL |

## NOTICE OF FEDERAL CIRCUIT DECISION
## INVALIDATING ALL ASSERTED PATENT CLAIMS

This litigation was stayed on June 8, 2015, pending the outcome of Motion Games' appeal to the Federal Circuit of the decision by the United States Patent Trial and Appeals Board invalidating all asserted claims of U.S. Patent No. 6,167,607 (Dkt. 376.). The '607 patent is the only patent remaining in the case.

The Order staying the litigation required the parties to file a notice with the Court within ten days of the issuance of the Federal Circuit's ruling on Motion Games' appeal. On May 10, 2016, the Federal Circuit affirmed the decision of the PTAB that the asserted claims of the '607 patent are invalid and entered judgment in favor of Nintendo of America Inc. A copy of the Federal Circuit's decision is attached.

Dated:  May 20, 2016                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/      Trey Yarbrough
　　　　　　　　　　　　　　　　　　　　　　　　Trey Yarbrough Bar No. 22133500
　　　　　　　　　　　　　　　　　　　　　　　　Yarbrough Wilcox, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　100 E. Ferguson St., Ste. 1015
　　　　　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　　　　　　　(903) 595-3111
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (903) 595-0191
　　　　　　　　　　　　　　　　　　　　　　　　trey@yw-lawfirm.com

Brian D. Roche (IL Bar No. 6183795)
(admitted pro hac vice)
Email:  broche@reedsmith.com
Jennifer Yule DePriest (IL Bar No 6272137)
(admitted pro hac vice)
Email: jdepriest@reedsmith.com
Vanessa Marti Heftman (IL Bar No. 6283464)
(admitted pro hac vice)
Email:  vheftman@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Barry J. Coyne (PA Bar No. 77007)
(admitted pro hac vice)
Email:  bcoyne@reedsmith.com
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222-2716
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

Counsel for Defendants Nintendo Co., Ltd.,
Nintendo of America Inc., Retro Studios, Inc.,
GameStop Corp. and Rent-A-Center, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON May 20, 2016, I electronically filed the foregoing NOTICE OF FEDERAL CIRCUIT DECISION INVALIDATING ALL ASSERTED PATENT CLAIMS with the Clerk of the Court by using the CM/ECF System, which will serve all counsel of record by notice of electronic filing pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule CV-5(a).

*/s/ Trey Yarbrough*
Counsel for Defendants