**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MOTION GAMES, LLC,<br>Plaintiff,<br><br>vs.<br><br>NINTENDO CO., LTD.; NINTENDO OF AMERICA INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br>Defendants | Case No. 6:12-cv-878-RWS-JDL<br><br>JURY TRIAL DEMANDED |

**FINAL JUDGMENT**

On June 8, 2015, this matter was stayed and administratively closed pending appeal of the Patent Trial and Appeal Board's ("PTAB") decision invalidating the asserted claims of the patent-in-suit. (Doc. No. 376.) On May 20, 2016, the remaining Defendants filed notice of the Federal Circuit's affirmance of the PTAB's final written decision invalidating the asserted claims of the patent-in-suit. (Doc. No. 380.) Thereafter, on May 31, 2016, the remaining Defendants filed a motion for entry of final judgment. (Doc. No. 382). Defendants' Motion (Doc. No. 382) is **GRANTED**.

Pursuant to the Federal Circuit's order (Doc. No. 380-1) invalidating the asserted claims of the patent-in-suit, the Court hereby enters Final Judgment in favor of remaining Defendants Nintendo Co., Ltd., Nintendo of America Inc., and Rent-A-Center, Inc. on their counterclaim of invalidity of U.S. Patent No. 6,167,607. It is therefore **ORDERED** that all pending motions are **DENIED AS MOOT**. It is further **ORDERED**, **ADJUDGED** and **DECREED** that all remaining claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in

2

their entirety. Within **14 days** of the issuance of this judgment, Defendants may file an appropriate Bill of Costs pursuant to Fed.R.Civ.P 54(d).

**So ORDERED and SIGNED this 1st day of June, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE