IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MOTION GAMES, LLC,<br>Plaintiff,<br><br>vs.<br><br>NINTENDO CO., LTD.; NINTENDO OF AMERICA INC.; RETRO STUDIOS, INC.; RENT-A-CENTER, INC.; and GAMESTOP CORP.,<br>Defendants | Case No. 6:12-cv-878-RWS-JDL<br><br>JURY TRIAL DEMANDED |

## ORDER

On June 1, 2016, this Court entered final judgment pursuant to the Federal Circuit's Order invalidating the asserted claims of the patent-in-suit. (Doc. No. 383.) At the time, Plaintiff did not oppose the request to enter final judgment. However, on June 23, 2016, Plaintiff filed a Motion to Set Aside the Final Judgment (Doc. No. 386) based on its filing of a petition for rehearing en banc. (Doc. No. 386, at 1.) However, on July 13, 2016, the Federal Circuit denied Plaintiff's petition for rehearing en banc. (Doc. No. 389-1.) Accordingly, Plaintiff's Motion to Set Aside the Final Judgment (Doc. No. 386) is **DENIED**.

**So ORDERED and SIGNED this 15th day of July, 2016.**

_John P. Love_
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE